UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In Re: Marina Kolias,<br>Attorney at Law, Bar No. 6383 | 2:16-ms-10 |

**ORDER OF SUSPENSION**

On February 9, 2016, this Court entered an Order to Show Cause Suspending Marina Kolias, mailed via certified mail with a Certified Mail Return Receipt date of delivery of February 10, 2016. The Order to Show Cause provided Ms. Kolias with thirty days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Kolias. Failure to respond within thirty days warrants an Order of Suspension. D. Nev. R. IA 10-7(b)(1).

Accordingly, **IT IS HEREBY ORDERED** that Marina Kolias, Nevada State Bar #6383, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  30  day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this **30** day of March, 2016, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Marina Kolias
> c/o Michael Warhola, Esq.
> 625 S Sixth Street
> Las Vegas, NV 89101

Certified Mail No.: 7014 2870 0001 8574 1177

/s/
Deputy Clerk
United States District Court,
District of Nevada